ACCEPTED
12-15-00236-CV
Filed 9/16/2015 12:08:07 PM
TWELFTH COURT OF APPEALS
Loretta Cammack
TYLER, TEXAS
District Clerk
9/29/2015 4:07:49 PM
Nacogdoches County, TX
Pam Estes
JESSICA HILL    CLERK

**Cause No. C1228865**

| | | |
|---|---|---|
| **DOWTECH SPECIALTY** | § | **IN THE DISTRICT COURT** |
| **CONTRACTORS, INC.,** | § | |
| *Plaintiff* | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| | § | 9/29/2015 4:07:49 PM |
| **v.** | § | **OF NACOGDOCHES COUNTY** |
| | § | **TEXAS**    Clerk |
| | § | |
| **CITY OF NACOGDOCHES, TEXAS** | § | |
| **AND AEROMIX SYSTEMS, INC.,** | § | |
| *Defendants* | § | **145TH JUDICIAL DISTRICT** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/29/2015 4:07:49 PM
PAM ESTES
Clerk

_____

## NOTICE OF APPEAL

_____

Notice is hereby given that Plaintiff, Dowtech Specialty Contractors, Inc., appeals from the following orders and all adverse interlocutory rulings that merged into the judgment:

1. Order Granting Defendant's Motion for Partial Summary Judgment, dated August 28, 2015

2. Order on Defendant's Motion for Separate Trial, dated August 28, 2015

3. Order Denying Plaintiff's Motion for Partial Summary Judgment, dated August 28, 2015

4. Order on Defendant's Motion to Strike Second Affidavit of Bob Click, dated August, 25, 2015

5. Order Ruling on the Defendant's Objections to the Plaintiff's Summary Judgment Evidence (Plaintiff's Motion), dated August 25, 2015

6. Order Sustaining Defendant's First Amended Plea to Jurisdiction, dated July 2, 2015.

These orders constitute a final judgment on Part One of the trial, as set forth in the first cited order above, and dispose of all matters relating thereto in Cause No. C1228865; in the 145th Judicial

1

District Court of Nacogdoches County, Texas. The Court of Appeals will be the Twelfth Court of Appeals. The trial court, cause number, and style of this case are shown in the caption above. Plaintiff desires to appeal all portions of the judgment.

Respectfully submitted,

LAW OFFICE OF BLAKE C. NORVELL
37 Cypress Point St.
Abilene, Texas 79606
325-695-1708 tel
325-695-1708 fax


/s/ Blake Norvell

By: _____
Blake C. Norvell
State Bar No. 24065828

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September, 2015, a true copy of Plaintiff's Notice of Appeal was forwarded to counsel of record via electronic transmission:

THOMAS L. BELANGER
P.O. Box 631248
Nacogdoches, Texas 75963
tom@abal-law.com

/s/ Blake Norvell
_____
BLAKE NORVELL